# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CLIFF MALBROUGH

NO. 2022 KW 1378

**MARCH 27, 2023**

---

In Re:    Cliff Malbrough, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 630,340, 636,294.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the transcript and/or minute entries from the evidentiary hearing on his application for postconviction relief, exhibits introduced at the hearing, any other pertinent minute entries and/or transcripts from his trial, the state's response to relator's application for postconviction relief, and any other portions of the district court record that might support the claims raised in the writ application.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

*a.s~*

DEPUTY CLERK OF COURT
FOR THE COURT